UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026
```

ERICA ALVIZO,

                    Plaintiff,

            -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

**ORDER**

25-CV-9675 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's January 15, 2026 letter requesting to extend the deadlines for briefing in this matter. ECF No. 8. The request is **GRANTED**, and the Parties shall adhere to the following schedule:

- The certified administrative record is due by **February 23, 2026**;

- Plaintiff's brief is due by **April 24, 2026**;

- Defendant's brief is due by **June 23, 2026**;

- Plaintiff's reply is due by **July 7, 2026**.

No further extension will be granted absent extraordinary circumstances.

**SO ORDERED.**

Dated: January 16, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1