UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA ALVIZO,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/2026__

**ORDER**

25-CV-9675 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter motion, ECF No. 11 (the "Letter Motion"), requesting to extend the briefing schedule in this matter.  The Letter Motion is **GRANTED**.  Plaintiff shall file her motion by **May 24, 2026**.  Defendant shall file its response by **July 23, 2026**.  Plaintiff's reply is due by **August 6, 2026**.

      The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 11 as **GRANTED**.

**SO ORDERED.**

Dated: April 27, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge