UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/21/2026__

ERICA ALVIZO,

              Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

**ORDER**

25-CV-9675 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 14 (the "Letter Motion"), requesting to extend the briefing schedule in light of Defendant filing a portion of the Certified Administrative Record on May 20, 2026. The Letter Motion is **GRANTED**. Plaintiff is directed to file her motion by **June 2, 2026**. Defendant shall file its response by **August 3, 2026**. Plaintiff's reply is due by **August 17, 2026**.

**SO ORDERED.**

Dated: May 21, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1