USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA ALVIZO,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

25-CV-9675 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's July 31, 2026 order, ECF No. 20, Plaintiff's reply brief was due by September 16, 2026. To date, so far as the docket reflects, Plaintiff has not filed a reply brief. The deadline for Plaintiff to file a reply is *sua sponte* extended to **September 23, 2026**.

**SO ORDERED.**

Dated: September 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge